Cecil Conn, Administrator of Estate of Ronald Conn, Deceased, Appellant, v. Cooperative Trading Company and Joseph A. Grum, Appellees.

Gen. No. 9,451.

622

opinion filed August 3, 1939. J. A. Miller, for appellant; Henry D. Fisher, of counsel; Runyard & Behanna, for appellees; Eugene M. Runyard and Fred B. Meyer, of counsel. Opinion by JUSTICE HUFFMAN. "Not to be published in full."